```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 10155
    BRIDGET A COONEY
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-4674


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/21/05 and confirmed on 09/18/05.

    2.  The case was converted to Chapter 7 after confirmation, 07/12/2007.

    3.  The Debtor paid a total of $  10500.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | NOTICE ONLY | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| VOLVO FINANCE | SECURED | 6001.42 | 417.06 | 6001.42 |
| ABUNDANT LIFE CHIROPRACT | UNSECURED | 644.96 | .00 | 64.21 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| AMEREN CIPS | UNSECURED | 448.20 | .00 | 44.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4353.22 | .00 | 433.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5078.62 | .00 | 505.59 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6366.18 | .00 | 633.78 |
| ELMHURST MEMORIAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LOMBARD FAMILY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 987.58 | .00 | 98.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1681.51 | .00 | 167.40 |
| SALT CREEK THERAPY | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSTRUCTION | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN MULTI SPEC | UNSECURED | 120.00 | .00 | 11.94 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6001.42 | .00 | 19680.27 | .00 | 25681.69 |
| PRINCIPAL PAID | 6001.42 | .00 | 1959.25 | .00 | 7960.67 |
| INTEREST PAID | 417.06 | .00 | .00 | .00 | 417.06 |

```
TOTAL PAID                 6418.48         .00      1959.25              .00     8377.73
```
The Debtor's attorney, SCOTT J KOFKIN                    , was allowed $   2200.00
and was paid $     500.00   direct and $   1700.00   through the plan.

The Trustee received $     422.27 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/16/07                        /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE